RYAN L. EDDINGS, Bar No. 256519
LITTLER MENDELSON, P.C.
5200 North Palm Avenue, Suite 302
Fresno, CA 93704.2225
Telephone: 559.244.7500
Facsimile: 559.244.7525
reddings@littler.com

Attorneys for Defendants
CALIFORNIA WASTE SOLUTIONS, INC. and
JOEL CORONA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN LEDET,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA WASTE SOLUTIONS, INC.; JOEL CORONA; and DOES 1-20;<br><br>    Defendants. | Case No. C-12-6255-JSC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>**[CIVIL L.R. 6-1(a)]**<br><br>Complaint Served: December 14, 2012<br>Current Response Date: January 4, 2013<br>New Response Date: January 18, 2013 |

    Plaintiff GLENN LEDET ("Plaintiff") and Defendant CALIFORNIA WASTE SOLUTIONS, INC. ("Defendant"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Northern District Civil Local Rule 6(a), hereby stipulate to a 14 day extension of time for Defendant to respond to Plaintiff's initial complaint.

    Plaintiff served the initial Complaint on Defendant on December 14, 2012. Pursuant to Federal Rules of Civil Procedure Rule 12(a), Defendant is required to respond to the Complaint on or before January 4, 2013. The Parties stipulate and agree that this date is extended by 14 days. There have been no previous extensions of time in this action. The new deadline for Defendant to file an Answer or otherwise respond to the complaint is January 18, 2013.

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

C-12-6255

STIPULATION TO EXTEND TIME TO RESPOND TO
INITIAL COMPLAINT (CIVIL L.R. 6(a))

IT IS SO STIPULATED.

Dated: January 3, 2013

O'NEIL G. DENNIS
O'NEIL G. DENNIS
A Professional Corporation
Attorneys for Plaintiff
GLENN LEDET

Dated: January 3, 2013

RYAN L. EDDINGS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
CALIFORNIA WASTE SOLUTIONS, INC.
and JOEL CORONA

Firmwide:117331617.1 054078.1014

**GRANTED**
Jacqueline S. Corley
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: January 7, 2013

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704 2225
559 244 7500

C-12-6255  2.  STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (CIVIL L.R. 6(a))