O'Neil G. Dennis, SBN 256636
O'Neil G. Dennis, A Professional Corporation
1339 Esplanade
Chico, CA 95926
Tel:   (530) 343-1010
Fax:   (530) 302-1577
E-Mail: oneildennis@gmail.com

Attorney for Plaintiff, Glenn Ledet

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN LEDET,<br><br>    Plaintiff,<br><br>vs.<br><br>CALIFORNIA WASTE SOLUTIONS, INC., JOEL CORONA and DOES 1 through 20 inclusive,<br><br>    Defendants | Case No.: 3:12-cv-06255-JSC<br><br>STIPULATION TO RESET MOTION DATE, AND ORDER BY MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY |

Defendants have filed a motion to dismiss the action which is set for hearing on February 28, 2013, at 9:00 a.m. before the Honorable Magistrate Jacqueline Scott Corley.

The parties respectfully request and stipulate that the Court reschedule the date for this hearing to March 14, 21, or 28 of the year 2013, at 9:00 a.m.

Date: 1-23-2013

Law Offices of O'Neil G. Dennis,
A Professional Corporation

BY: _____
O'NEIL G. DENNIS
Attorney for Plaintiff

STIPULATION AND ORDER - 1

Date: 1/23/13

LITTLER MENDELSON, P.C.

BY: _____
RYAN L. EDDINGS
Attorney for Defendants

## ORDER

Having reviewed the Stipulation the Court orders the following:

The motion set for February 28, 2013, at 9:00 a.m. shall be continued to March __21__, 2013, at 9:00 a.m. in Department F of this Court.

IT IS SO ORDERED.

DATED: January 28, 2013  _____
THE HONORABLE JACQUELINE SCOTT CORLEY

STIPULATION AND ORDER - 2