1  RYAN L. EDDINGS, Bar No. 256519
   reddings@littler.com
2  LITTLER MENDELSON, P.C.
   5200 North Palm Avenue, Suite 302
3  Fresno, California 93704.2225
   Telephone: 559.244.7500
4  Facsimile: 559.244.7525

5  Attorneys for Defendants
   CALIFORNIA WASTE SOLUTIONS, INC. and
6  JOEL CORONA

7

8              UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 GLENN LEDET,                          Case No. C-12-06255 JSC

12            Plaintiff,                 **REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE;**
13       v.                              [PROPOSED] **ORDER**

14 CALIFORNIA WASTE SOLUTIONS,
   INC.; JOEL CORONA; and DOES 1         Date: March 28, 2013
15 through 20 inclusive,                 Time: 1:30 p.m.
                                         Courtroom F – 15th Floor
16            Defendants.                Judge: Magistrate Judge Jacqueline Scott

17

18

19       Pursuant to Civil Local Rule 16-10(a) of the United States District Court for the

20 Northern District of California, Defendants CALIFORNIA WASTE SOLUTIONS, INC. and JOEL

21 CORONA (collectively referred to herein as "Defendants") respectfully request to participate,

22 through their counsel, in the Initial Case Management Conference, set for March 28, 2013 at 1:30

23 p.m., by telephone. Defendants' counsel can be reached directly at 559-244-7533.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

Request for Telephonic Appearance;
Proposed Order

Case No. 3:12-06255 JSC

1 | Dated: March 27, 2013

_____
RYAN L. EDDINGS
LITTLER MENDELSON, P.C.
Attorneys for Defendants
CALIFORNIA WASTE SOLUTIONS, INC.
AND JOEL CORONA

IT IS SO ORDERED: Counsel shall contact Court Call at 1-888-882-6878 to make the arrangements to appear by telephone.

Dated: March 27, 2013

_____
JACQUELINE SCOTT CORLEY
UNITE STATES MAGISTRATE JUDGE

Firmwide:119372692.1 054078.1014

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

Request for Telephonic Appearance;
Proposed Order

2.

Case No. 3:12-06255 JSC