1 RYAN L. EDDINGS, Bar No. 256519
reddings@littler.com
2 LITTLER MENDELSON, P.C.
5200 North Palm Avenue, Suite 302
3 Fresno, California 93704.2225
Telephone: 559.244.7500
4 Facsimile: 559.244.7525

5 Attorneys for Defendants
CALIFORNIA WASTE SOLUTIONS, INC. and
6 JOEL CORONA

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

| | |
|---|---|
| GLENN LEDET,<br><br>        Plaintiff,<br><br>   v.<br><br>CALIFORNIA WASTE SOLUTIONS, INC.; JOEL CORONA; and DOES 1 through 20 inclusive,<br><br>        Defendants. | Case No. C-12-06255 JSC<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE;** ~~[PROPOSED]~~ **ORDER**<br><br>Date: March 28, 2013<br>Time: 1:30 p.m.<br>Courtroom F – 15th Floor<br>Judge: Magistrate Judge Jacqueline Scott |

      Pursuant to Civil Local Rule 16-10(a) of the United States District Court for the Northern District of California, Defendants CALIFORNIA WASTE SOLUTIONS, INC. and JOEL CORONA (collectively referred to herein as "Defendants") respectfully request to participate, through their counsel, in the Initial Case Management Conference, set for March 28, 2013 at 1:30 p.m., by telephone. Defendants' counsel can be reached directly at 559-244-7533.

/ / /
/ / /
/ / /
/ / /
/ / /

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

Request for Telephonic Appearance;
Proposed Order

Case No. 3:12-06255 JSC

1  Dated: March 27, 2013

```
                              _____
                              RYAN L. EDDINGS
                              LITTLER MENDELSON, P.C.
                              Attorneys for Defendants
                              CALIFORNIA WASTE SOLUTIONS, INC.
                              AND JOEL CORONA
```

IT IS SO ORDERED:  Counsel shall contact Court Call at 1-888-882-6878 to make the arrangements to appear by telephone.

Dated: March __27__, 2013

```
                              _____
                              JACQUELINE SCOTT CORLEY
                              UNITE STATES MAGISTRATE JUDGE
```

Firmwide:119372692.1 054078.1014

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

Request for Telephonic Appearance;
Proposed Order                           2.                           Case No. 3:12-06255 JSC