UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Glenn Ledet,,                                                                          No. C12-6255  JSC

              Plaintiff(s),

                                                                           **ORDER OF DISMISSAL**

      v.

California Waste Solutions, Inc., et al.,

              Defendant(s).
                                                     /

        The Court  having been advised that the parties have agreed to a settlement of this case,

        IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within  sixty (60) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over,  the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

        IT IS SO ORDERED.

Dated: August 6, 2013

                                                                                 _____
                                                                                 Jacqueline Scott Corley
                                                                             United States Magistrate Judge